# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| RJF CHIROPRACTIC CENTER, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>BSN MEDICAL, INC. and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No.: 3:16-cv-842 -RJC-DSC<br><br>**CLASS ACTION** |

## ORDER

**THIS MATTER** came before the Court on the "Application for Admission to Practice Pro Hac Vice [for David A. Yudelson]" (document #7) filed December 28, 2016. For the reasons stated therein, the Motion is <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: December 29, 2016

_____
David S. Cayer
United States Magistrate Judge