# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00842-RJC-DSC

| | |
|---|---|
| RJF CHIROPRACTIC CENTER, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| BSN MEDICAL, INC. AND JOHN DOES 1-10, | ) ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Brian J. Wanca and Ryan M. Kelly]" (documents ## 14-15) filed February 1, 2017. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: February 2, 2017

David S. Cayer
United States Magistrate Judge