# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00842-RJC-DSC

| | |
|---|---|
| RJF CHIROPRACTIC CENTER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BSN MEDICAL, INC. AND ) | |
| JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice [for J. Daniel Weidner]" (document #18). For the reasons stated therein, the Motion is granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: March 21, 2017

David S. Cayer
United States Magistrate Judge