IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| RJF CHIROPRACTIC CENTER, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>BSN MEDICAL, INC. and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No.: 3:16-cv-00842<br><br>**CLASS ACTION** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, RJF CHIROPRACTIC CENTER, INC., and Defendant, BSN MEDICAL, INC., through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice and without costs.

*Plaintiff:*

/s/ Chad McGowan
Chad McGowan (Fed. ID#6620, NC 28211)
McGOWAN HOOD FELDER
1517 Hampton St.
Columbia, SC 29201
Telephone: 803-779-0100
Fax: 803-256-0702
cmcgowan@mcgowanhood.com

Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008

*Defendant:*

/s/ H. Lee Falls, III
Hunter C. Quick #16453
H. Lee Falls, III #36183
NEXSEN PRUET, PLLC
227 West Trade Street, Ste. 1550
Charlotte, NC 28202
Telephone: 704-338-5380
HQuick@nexsenpruet.com
lfalls@nexsenpruet.com

David A. Yudelson
Koley Jessen P.C., L.L.O.
1125 S. 103rd St., Suite 800
Omaha, NE 68124
Telephone: 402-343-3800
Fax: 402-390-9005
david.yudelson@koleyjessen.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2017, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ H. Lee Falls, III
H. Lee Falls, III, Esquire
NEXSEN PRUET, PLLC
227 West Trade Street, Ste. 1550
Charlotte, NC 28202
lfalls@nexsenpruet.com